UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Chauncey Girard

Plaintiff(s),

v. (LT) John Doe (John Doe) (John Doe)(John Doe) (Jane Doe) Medical Record

(Dep) Barber   (Co) Ball Man   (Co) Rodger   (Comm)
(SGT) Daws    (Co) Martin                    Anthony Annucci
(SGT) Goyena  (Co) Hoit                      (LT) Bangari
(SGT) Hanna   (Nurse Administrator) M. Ojida
(SGT) Morale  (RN) Tyler                     (Co) Castagnier
(Co) St Louis (Dr) Pretti                    (Co) Eli
              Defendant(s).

At Facility @ @ At Facility

**COMPLAINT**
(Pro Se Prisoner)

Case No. _____
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☑ Yes
☐ No

FILED APR 11 2022
U.S. DISTRICT COURT - N.D. OF N.Y.
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☑ Other (please specify) __Federal 1983 Assault and Battery Sexual Assault Deliberate Indifference, failure to protect, Medical Indiffe Adverse Action taken in Causal Connection for my Protected Conduc, Due Process Violation of 5th and 14th Amendment 8th Amendmen Hate Crime__

Stay assault free and to recive proper medical

II. **PLAINTIFF(S) INFORMATION**

Name: Chauncey Grand
Prisoner ID #: 11A1352
Place of detention: Franklin C.F.
Address: P.O. Box 10
Malone New York 12953

Indicate your confinement status when the alleged wrongdoing occurred:
☐ Pretrial detainee
☐ Civilly committed detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

N/A

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: (Dep) Barber
Name (Last, First)

(Dep of Program)
Job Title

Franklin C.F. Po Box 10
Work Address

Malone          New York         12953
City            State            Zip Code

Defendant No. 2: St Louis
Name (Last, First)

Correction Officer
Job Title

2

_Franklin CF P.O. Box 10_
**Work Address**

_Malone_     _New York_     _12953_
City     State     Zip Code

**Defendant No. 3:** _(SGT) Hanna_
Name (Last, First)

_(SGT)_
Job Title

_Franklin C.F. PO Box 10_
Work Address

_Malone_     _New York_     _12953_
City     State     Zip Code

**Defendant No. 4:** _(CO) Castagnier_
Name (Last, First)

_Correctional Officer_
Job Title

_Franklin C.F. PO Box 10_
Work Address

_Malone_     _New York_     _12953_
City     State     Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

Continued Defendent(s) Information for Franklin Assualt, Battery

Defendent No. 5  **Name (Last, First):** (SGT) Dowd
**Job Tittle:** (SGT) Franklin C.F.
**Work Address:** Malone
**City:** Malone   **State:** New York   **Zip Code:** 12953

Defendent No. 6  **Name (Last, First):** Morale (SGT)
**Job Tittle:** (SGT) Franklin C.F.
**Work Address:** Malone
**City:** Malone   **State:** New York   **Zip Code:** 12953

Defendent No. 7  **Name (Last, First):** Goyena (SGT)
**Job Tittle:** Franklin C.F.
**Work Address:** Malone
**City:** Malone   **State:** New York   **Zip Code:** 12953

Defendent No. 8  **Name (Last, First):** Ballman (CO)   (CO) Messhall
**Job Tittle:** Franklin C.F.
**Work Address:** Malone
**City:** Malone   **State:** New York   **Zip Code:** 12953

Defendent No. 9  **Name (Last, First):** Annucci Anthony
**Job Tittle:** Commissioner
**Work Address:** 1220 Washington Ave Harriman State Campus
**City:** Albany   **State:** New York   **Zip Code:** 12226

Continued Defendent(s) Information for Franklin Assault, Battery

Defendent   No.10   Bongari (LT)
Name (Last, First)
(LT)
Job Tittle
Franklin C.F.
Work Address
Malone        New York        12953
City          State          Zip Code

Defendent   No.11   Martin (Co)
Name (Last, First)
(Co)
Job Title
Franklin C.F.
Work Address
Malone        New York        12953
City          State          Zip Code

Defendent   No. 12   Rodgers (Co)
Name (Last, First)
Correction Officer
Job Title
Franklin CF
Work Address
Malone        New York        12953
City          State          zip Code

Defendent   No. 13   Hoit (Co)
Name (Last, First)
Correction Officer
Job Title
Franklin C.F.
Work Address
Malone        New York        12953
City          State          Zip Code

Defendent   No. 14   Tyler RN
Name (Last, First)
Registered Nurse
Job Title
Franklin C.F.
Work Address
Malone        New York        12953
City          State          Zip Code

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

[Margin note: First, Assault and Battery failure to Protect and Deliberate Indifference Claims ~~False Imprisonment~~]

On the Month of 4-20-2021 I was transfer from Clinton C.F. to this facility with broken Injuries of a back injury, a left Shoulder injury with loss of Range of Motion, Stomach injury in with movement I have Blood in Urine, and Right Eye Injury that was losing eye sight, in which I Complained to the medical Department and they put me in the front B-2 Dorm Medical Dorm, in which my Injuries became worst so I put in Grievances and Once I started putting in Grievances Medical Stopped Doing there job and became Deliberate Indifferent As I was, then Denied my medical passes for my back, Left Shoulder and Stomach, Front Main Passes all exspired and the Nurses failed to renew them, In which I was then moved to K-2 Dorm in which on the Date of 5pm 7-11-2021 I put in for Emergency Sick Call and in Stead of going to Emergency Sick Call I was taken into the Laundry Room and Assaulted by (C.O.) J. St Louis punched in my right eye, Spliting it in which it need 10 stitches and went to a Outside Doctor, (SGT) Goyena Stated to say it was a slip and fall at the time of response, and I told him to thats not what happen and (C.O.) Hoit slammed my face on the wall with exsisting injuries, I told him I have Injuries, in which he continued to smack me in front of (SGT) Goyena, I went to the Hospital and Recived Stitches at Albany Medical (See Records 7-12-2021 from Albany Medical and Pictures taken) I was with a Orbital Fracture, Franklin C.F. tryed to Cover it up and the Medical Department as well in which I told the truth at Albany Medical, I came back to the Infirmary and (RN) Tyler Denied me pain medication the whole time and would often come in with (C.O.) Hoit and threaten me, I Seen Dep Barber During her Rounds in the Infirmary (See Extra Page of Complaint Attached)

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

Battery Assult and Continued Complaint of 1983 at Franklin C.F.

In which I stoped her and at that time I showed her my Stitches and Stated that: Have is to me: "I know what your here for and because you said my officers assaulted you I'm not going help you. At that time no Later then a half a hour (CO) Hoit Came in with (RN) Tyler and threatened me Stating your lucky your hurt or I would pstnch in the face myself. I was denied Further medical attention when she worked (RN) Tyler, would try and intimidate me by stating I'm going to get the officers in here to kick your ass. So I would not request for medical. (See Affidavits 128-2. (DR) Pretty would state the Officers did this to you? I stated yes. She stated then I can't help. I would then get out and Grieve this (See Grievance FKN-0217-21 and FKN-0207-21 Assaulted by Staff. In which (SGT) Goyens and officer Lewis Conspired together to bring retaliation because I stated to them that they beat me up. I was still Kept in the back of the facility with the new exsisting injuries on top of already Injuries they wrote me a ticket and further Denied medical treatment, where I could only walk a mile to go to the messhall other callout of the facility with the exsisting injuries and they became worst, for two months I then Grieved it and was placed in the front of the facility (See Grievance FKN-0205-21) in which (LT) John Doe gave me the max of everything loss of everything Packages, Commissary, Phones, after I told him I was assaulted by staff they kept it a tier ½ to keep it in house. I continued to grieve (SGT) Dowd would sexually assault me by taking me in a empty room and verbally threaten me. Sexa (See Grievance ) Second Assault and Battery, Sexual Retaliation failure to Protect Deliberate Indifference Medical Indifference Violation of Due Process 8th 1st, 5th, 14th, and all violations exsplained including A Hate Crime. Just before this I was put on a fake Draft 10-7-2021 and my legal work was taken by (CO) Martin (Anthony Annucci) never put me back on Draft Kept me here to get assaulted Ayes

On the Date of 2-14-2022 I had a Law Libary Callout at 4:PM (CO) Eli was at the Law Libary in which I entered the Activity Building and the Hall moniter just before you get to the

Assault and Battery , Sexual Assaults Complaint of 1983 at Franklin CF Con.

to the Law Library (C.O.) Castagnier would ask me for ID I gave it to him he told me to step to the side and ask for my paper work I gave it to him after he took the papers he started to read them and Stated "Quote on Quote" you like to Sue Officers. I Stated to him you cant read my paper work, he said Shut the fuck up Nigger, I remained silent he said get your paper work and Go back I grabed my paper work, then he followed me I got out the doors and he stated give me your ID, AND gave me a Direct Order to come back to the Activty Building, Once Again I followed, and went in, As soon as I got into the Entrence him and ((O) Ballman Closed the Doors and ((O) Ballman would choke me and Slam my face on the wall calling me a nigger I was punched in the face by (C.O) Ballman twice I told him I have a back permit, left shoulder surgury, and a right orbital fracture they both Stated where are they at, back permit thrown, (CO) Castagnier would hit me in the back twice, while (C.O) Ballman Continued to Choke me and punch me in face and Calling me a nigger Hate Crime" 8th Amendment Violation Maliciously and Sadistically without any disregard for life, Then (CO) Castagnier and 8 other (C.O) including two (SGt)s (SGt) Manna (SGt) Morale in which (CO) Castagnier he grabed my Genitals and to hurt It was unwanted and unwarrented I tryed to move turn around and (CO) Ballman punched me in the dick and I ask Both (SGt)s are you going to just let them do this, and (CO) Castagnier stated he has a little dick and every (CO) who was there started to laugh and I felt humilated and (CO) Ballman both hit me twice they handcuffed me and tryed to Cover it up by trying to move me to the back of the facility. (SGt) Morale in which they would make a hardship.

Assault and Battery, Sexual Assualt Complaint of 1983 at Franklin CF 3PG

In which they would deny me medical Attention and treatment and I had to state I was Suicidal in order to recive treatment 2-15-2022 and a "Prea" was Documented. While down there on 2-20-2022 (CO) Rodgers Would threaten to Kill me calling me a nigger in the infirmary in which I still had exsisting Injuries in which my face was three times bigger then normal size to still Damaged nerves in face a bruise the size of a Bowling ball on my leg, Bruses on Back, Blood in Urane, bruises on face all over, nobody on the Outside helped and I was brought back here false Charges were made, in which I was Violated my Due Process Right to Documentary Evidence, (LT) Bangert would fail to give me any Documents and I made objections and he would constantly get loud and state hes going to find a way to throw me out and all I did was Calmly Object to his investigation and the false ticket and the fact of not having any Documents. and that I was assaulted. In which he gave me the Max Loss of Phones, Packages, tablet, Commissary, and Recreation, to keep me away from Family. I am still here recieving threats from (CO) Kastryer Stating on when he worked this Niggers still here (CO) Eli is stating to other Officers yeah we really fucked that nigger up and, he at the time could have help and was deliberate indifferent (see Grievence) Im still not safe theres no cameras OSI was called I would like her testimony I am being Denied my medical Records and UI Reports. All are personally Involved to Cause more pain hurt and anguish I still hurt and need Surjury for all pending Injuries

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Excessive force 8th Amendment Sexual Assaults 8th Amendment Violation Hate Crime Color of my skin and Race I was Assaulted

### SECOND CLAIM

Adverse Action, In Casual Connection to my Pending 1983, and Other Law Suites for my Protected Conduct

### THIRD CLAIM

Violation of Due Process I was given the Max on everything and I had no Documents UI Reports Just because I told the truth I was Assaulted

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

25,000,000;.00   Twenty five Million Dollars

---

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/3-2022

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

# AFFADAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF FRANKLIN )

NAME OF DOCUMENTS: Complaint 1983

I, Chauncey Grant, being duly sworn, deposes and says:

That I have on this 3rd day of April, 2022, placed and submitted the copies of the within documents and or moving papers as indicated above, to be duly mailed via the US Postal Services, through the institutional mailroom here at Franklin CF., 62 Bare Hill Road, PO Box 10, Malone, New York 12953-0010, in a pre-paid first class wrapper to the following parties:

Clerk of the Court
Northern District of New
James Hanley
100 South Clinton PO Box 7367
Syracuse 13261-7367

SWORN TO BEFORE ME THIS
3rd DAY April, 2022.

_Deborah A. Gumbus_
Notary Public

Deborah A. Gumbus
Reg. No. 01GU6304688
Qualified in Franklin County
Commission Expires June 2, 2022

Franklin Correctional Facility
62 Bare Hill Road, PO Box 10
Malone, New York 12953-0010

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Chauncey Girard   DIN: 11A1352

FRANKLIN CORRECTIONAL FACILITY

04/07/2022
U.S. POSTAGE $002.76
ZIP 12953
041L11251101

POSTAGE PAID

580
270
304

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
APR 11 2022

- Legal Mail -

Clerk of the Northern District of
New York James Hanley
100 South Clinton PO Box 7367
Syracuse New York
13261-7367