UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHAUNCEY GIRARD,

|                                    | **NOTICE OF** |
|                                    | **APPEARANCE** |

*Plaintiff*,

22-CV-0339
(DNH/TWD)

-against-

ST. LOUIS, *et al*.,

*Defendants*.

---

**PLEASE TAKE NOTICE** that the undersigned, of counsel to Letitia James, Attorney

General of the State of New York, whose address, telephone number, and email address are as set

forth below, appears on behalf of defendants St. Louis, Dowd, Hanna, Castagnier, Morrill, Gonyea,

and Hoit in this matter.

Dated: Albany, New York
       December 19, 2022

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants

By: s/ *Olivia R. Cox*
Olivia R. Cox
Assistant Attorney General, of Counsel
Bar Roll No. 703982
The Capitol
Albany, New York 12224-0341
Telephone: (518) 776-2607
Email: Olivia.Cox@ag.ny.gov

**To:**

Robert Rickner (via cm/ecf)
Rickner PLLC
14 Wall Street, Suite 1603
New York, NY 10005

Stephanie Panousieris (via cm/ecf)
Rickner PLLC
14 Wall Street, Suite 1603
New York, NY 10005