# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

January 13, 2023

**Via ECF**
Hon. Thérèse Wiley Dancks
United State Magistrate Judge
United States District Court
100 S. Clinton Street
Syracuse, NY 13261

      Re:    Status Report – *Girard v. Barber et al.*, 22 cv 00339

Your Honor:

We represent Plaintiff Chauncey Girard in the above-captioned matter and write pursuant to the Your Honor's December 29, 2022 Order directing Plaintiff's counsel to file a status report regarding the proper names of Defendants C.O. Eli, C.O. Ballman, and R.N. Tyles.

While we have been in touch with our client—who understands that counsel has appeared in this matter and will communicate with the Court and all parties on his behalf—we have not yet been unable to identify the true names of these three Defendants during our initial investigation. Thus, Plaintiff respectfully requests that the case proceed to conference and discovery, which will assist Plaintiff in making any remaining identifications. If and when the correct names of these parties are obtained, Plaintiff will request leave to amend pursuant to Local Rule 7.1.

Finally, undersigned counsel can take over service of process on any parties who have not yet appeared or been identified in this action. We thank the Court, the Marshals, and the *pro se* office for assisting Mr. Girard in this litigation thus far.

Sincerely,

Stephanie Panousieris
*Attorneys for Plaintiff*

Cc: All parties via ECF