

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2607

January 8, 2024

Hon. Therese Wiley Dancks
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261

RE: *Girard v. St. Louis, et al.*, 22-cv-0339

Dear Judge Dancks:

    Enclosed please find a stipulated protective order. If the protective order is acceptable to the Court, the parties respectfully request that Your Honor "so order" the same.

    I thank the Court for its consideration.

Respectfully submitted,

*s/ Olivia R. Cox*

Olivia R. Cox
Assistant Attorney General
Bar Roll No. 703982
Tel: (518) 776-2607
Olivia.Cox@ag.ny.gov

Enc.

cc: **Stephanie Panousieris, Esq.**
     Via: CM/ECF