UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHAUNCEY GIRARD,

*Plaintiff*,

-against-

ST. LOUIS, et al.,

*Defendants*.

---

**NOTICE OF MOTION**

22-CV-0339

DNH/TWD

**PLEASE TAKE NOTICE** that, upon the Attorney Declaration of Olivia R. Cox; the annexed Declaration of John Hanna; the Rule 56.1(a) Statement; the accompanying Memorandum of Law; and all prior pleadings and proceedings herein, Defendant John Hanna shall respectfully move this United States District Court, Northern District of New York, in Utica, New York, on a date and time to be scheduled on filing by the Clerk of Court, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, for an order granting Defendant's partial motion for summary judgment and dismissing Plaintiff's claim of Eighth Amendment Excessive Force and Failure to Intervene against Defendant Hanna for lack of personal involvement, and with such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7.1(a)(1) of the Local Rules of Practice for the United States District Court, Northern District of New York, any opposition papers must be filed with the Clerk in Syracuse, New York, include a memorandum of law and affidavits in support, and be served upon Defendants' counsel no more than TWENTY-ONE (21) days after service of the motion.

Dated: Albany, New York
November 12, 2024

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224

By: ______________________ Date: 2024.11.12 11:44:59 -05'00'
Olivia R. Cox
Assistant Attorney General, of Counsel
Bar Roll No. 703982
Telephone: (518) 776-2607
Email: Olivia.Cox@ag.ny.gov

TO: All Attorneys of Record via CM/ECF