UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CHAUNCEY GIRARD,

|  |  |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF PARTIAL DISCONTINUANCE PURSUANT TO FRCP 41(a)** |
| -against- | |
| ST. LOUIS, *et al.*, | 22-CV-0339 DNH/TWD |
| Defendants. | |

-------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendants Joseph St. Louis, Edward Hoit, Alan Gonyea, Cody Castagnier, Shawn Morrill, and John Hanna, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be and the same hereby is partially discontinued on the following grounds and conditions:

1. Plaintiff voluntarily discontinues all claims in the Amended Complaint [ECF No. 15] asserted against Cody Castagnier, Shawn Morrill, and John Hanna with prejudice and without damages, costs, interest or attorneys' fees;
2. The foregoing constitutes the entire agreement of the parties.

**IT IS FURTHER AGREED** that this stipulation may be signed and/or executed by facsimile and a facsimile copy may be filed without further notice with the Clerk of the Court.

Dated: December 10, 2024
New York, New York

RICKNER PLLC
14 Wall Street, Suite 1603
New York, NY 10005
Attorneys for Plaintiff

By: _____
Stephanie Panousieris, Esq.
Telephone: (212) 300-6506
Email: stephanie@ricknerpllc.com

Dated: December 10, 2024
Albany, New York

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: _____  Date: 2024.12.10 10:55:38 -05'00'
Olivia R. Cox
Assistant Attorney General, of Counsel
Bar Roll No. 703982
Telephone: (518) 776-2607
Email: Olivia.Cox@ag.ny.gov

Dated: December 11, 2024
Utica, New York

SO ORDERED:

_____
Hon. David N. Hurd
UNITED STATES DISTRICT JUDGE