U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME:     *Girard v. St. Louis, et al*
CASE NO.:      9:22-CV-0339
TRIAL DATE:    July 28, 2025
PRESIDING JUDGE: Hon. Anthony J. Brindisi, U.S.D.J.

( ) PLAINTIFF    (X) DEFENDANTS    ( ) COURT

*(Last updated 7.7.25)*

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | | | | | Plaintiff's Amended Complaint filed September 1, 2022 (Identification Only) |
| D-2 (a)-(c) | | | | | Plaintiff's Deposition Transcripts dated (a) March 29, 2024 at 10:49 a.m., (b) March 29, 2024 at 2:13 p.m., and (c) April 5, 2024 (Identification Only) |
| D-3 | | | | | Unusual Incident Report for July 11, 2021 (Bates Nos. 000332-000334) |
| D-4 | | | | | Misbehavior Report dated July 11, 2021 (Bates No. 000279) |
| D-5 | | | | | K-2 Logbook from July 11, 2021 (Bates Nos. 000362-000364) |
| D-6 | | | | | Memo from Sgt. A. Gonyea to Lt. L. Hollenbeck dated August 10, 2021 (Bates No. 000406) |
| D-7 | | | | | Memo from Sgt. A. Gonyea to Lt. DuBrey dated July 11, 2021 (Bates No. 000345-000346) |
| D-8 | | | | | Memo from C.O. J. St. Louis to Lt. Hollenbeck dated August 11, 2021 (Bates No. 000411) |
| D-9 | | | | | Memo from C.O. E. Hoit to Lt. Hollenbeck dated August 9, 2021 (Bates No. 000412) |
| D-10 | | | | | Protective Custody Status Waiver dated July 11, 2021 (Bates No. 000360) |

Exhibits Returned to Counsel (Date):_____

Signature: _____

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| D-11 |  |  |  |  |  | Inmate Escort Memo dated July 11, 2021 (Bates No. 000348) |
| D-12 |  |  |  |  |  | Inmate Injury Report dated July 11, 2021 (Bates No. 000349) |
| D-13 |  |  |  |  |  | Memo from C.O. J. St. Louis to Sgt. A. Gonyea dated July 11, 2021 (Bates No. 000347) |
| D-14 |  |  |  |  |  | Plaintiff's Ambulatory Health Record from July 11, 2021 to August 2, 2021 (Bates Nos. 000047-000048) |
| D-15 |  |  |  |  |  | Physician Documentation from Alice Hyde Medical Center dated July 11, 2021 (Bates Nos. GIRARD0175-0178) |
| D-16 |  |  |  |  |  | Bhat/Roth Consultation Notes from Albany Medical Center dated July 12, 2021 (Bates Nos. GIRARD0183-0184) |
| D-17 |  |  |  |  |  | Landau Consultation Notes from Albany Medical Center dated July 12, 2021 (Bates Nos. GIRARD0162-0164) |
| D-18 |  |  |  |  |  | Plaintiff's Complaint in *Girard v. Hickey, et al*, NDNY # 9:15-CV-0187 (TJM/DJS), filed February 19, 2015 |
| D-19 |  |  |  |  |  | Plaintiff's Complaint in *Girard v. Gutwein, et al*, SDNY # 7:20-CV-5883 (CS), filed July 28, 2020 |
| D-20 |  |  |  |  |  | Plaintiff's Notice of Intention and Verified Claim in *Girard v. State of New York*, Claim No. 101321 |
| D-21 |  |  |  |  |  | Plaintiff's Verified Claim in *Girard v. State of New York*, Claim No. 137962 |
| D-22 |  |  |  |  |  | Hearing Disposition Rendered dated July 17, 2021 (Bates No. 000274) |
| D-23 |  |  |  |  |  | Photographs of K-2 Dorm at Franklin Correctional Facility, taken July 9, 2025 |
| D-24 |  |  |  |  |  | Photographs of Infirmary at Franklin Correctional Facility, taken July 9, 2025 |
| D-25 |  |  |  |  |  | Transcript of Plaintiff's Tier II Hearing that took place on July 17, 2021 at Franklin Correctional Facility (Bates Nos. 000292-000305) |
|  |  |  |  |  |  |  |

Exhibits Returned to Counsel (Date):_____

Signature: _____