UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHAUNCEY GIRARD,

                                                               9:22-CV-0339

                                               *Plaintiff*,

                                                                 AJB/TWD

           -against-

ST. LOUIS, et al,

                                               *Defendants*.
_____

## JURY VERDICT FORM

PLEASE NOTE:    Each Juror will be provided with a Verdict Form. However, your verdict should be reported to the Judge on ONLY ONE Verdict Form which is signed by the Jury Foreperson (Foreperson). The remaining Verdict Forms should be returned to the Courtroom Deputy unsigned.

Please carefully follow the directions accompanying each question (including any directions or guidance in **bold type**). Also, please indicate your response to questions by placing an "X" on the appropriate lines.

**QUESTION 1:**

    Do you find that Plaintiff has proven by a preponderance of the evidence that any Defendant listed below subjected Plaintiff to excessive force in violation of the Eighth Amendment of the U.S. Constitution?

    Joseph St. Louis                            YES \_\_\_              NO \_\_\_

    Alan Gonyea                                  YES \_\_\_              NO \_\_\_

    Edward Hoit                                   YES \_\_\_              NO \_\_\_

**If you answered "No" with respect to all Defendants in Question 1, the proceed to Question 6. If you answered "Yes" with respect to any Defendants, then proceed to Question 2.**

**QUESTION 2:**

1

    Has Plaintiff proven by a preponderance of the evidence that Defendants' conduct proximately caused an injury to him? [Only answer for the Defendants that you answered "YES" to in response to Question 1].

| | | |
|---|---|---|
| Joseph St. Louis | YES ___ | NO ___ |
| Alan Gonyea | YES ___ | NO ___ |
| Edward Hoit | YES ___ | NO ___ |

**If you answered "No" with respect to all Defendants in Question 2, then proceed to Question 6. If you answered "Yes" with respect to any Defendants, then proceed to Question 3.**

**QUESTION 3:**

    What amount, if any, of compensatory damages is Plaintiff entitled to as a result of the conduct of the Defendant(s) you have decided violated his rights under the Constitution and proximately caused injury to him?

$$\$_____$$

**You may not award both compensatory and nominal damages. If you found in Question 3 that Plaintiff was entitled to compensatory damages, please skip Question 4 and proceed to Question 6. If you instead found that Plaintiff was *not* entitled to compensatory damages, please proceed to Question 4, which concerns nominal damages of no more than $1.00, and then proceed to question 5.**

**QUESTION 4:**

    What amount, if any, of nominal damages is Plaintiff entitled to as a result of the conduct of the Defendant(s) you have decided violated his rights under the Constitution and proximately caused injury to him?

$$\$_____$$

**Proceed to Question 5.**

**QUESTION 5:**

2

Do you find that it is appropriate to award punitive damages against any of the Defendants with relation to the excessive force claim?

| | | |
|---|---|---|
| Joseph St. Louis | YES ___ | NO ___ |
| Alan Gonyea | YES ___ | NO ___ |
| Edward Hoit | YES ___ | NO ___ |

**If you answered "Yes" with respect to any of the Defendants listed above, then you need not determine the amount of punitive damages to award at this time and can proceed to Question 6.**

**QUESTION 6:**

Do you find that Plaintiff has proven by a preponderance of the evidence that any Defendant failed to intervene to protect Plaintiff in violation of the Eighth Amendment to the U.S. Constitution?

| | | |
|---|---|---|
| Joseph St. Louis | YES ___ | NO ___ |
| Alan Gonyea | YES ___ | NO ___ |
| Edward Hoit | YES ___ | NO ___ |

**If you answered "No" with respect to all Defendants, then the Foreperson should sign and date this form and notify the Marshall that a unanimous verdict has been reached. If you answered "Yes" with respect to any of the Defendants, then proceed to Question 7.**

**QUESTION 7:**

If in response to Question 6 you found that any of the Defendants failed to intervene to protect Plaintiff, has Plaintiff proven by a preponderance of the evidence that this violation proximately caused an injury to Plaintiff?

| | | |
|---|---|---|
| Joseph St. Louis | YES ___ | NO ___ |
| Alan Gonyea | YES ___ | NO ___ |
| Edward Hoit | YES ___ | NO ___ |

**If you answered "No" with respect to all Defendants in Question 7, then the Foreperson should sign and date this form and notify the Marshall that a unanimous verdict has been reached. If you answered "Yes" with respect to any Defendants, then proceed to Question 8.**

**QUESTION 8:**

What amount, if any, of compensatory damages is Plaintiff entitled to as a result of the conduct of the Defendant(s) you have decided violated his rights under the Constitution and proximately caused injury to him?

$_____

**You may not award both compensatory and nominal damages. If you found in Question 8 that Plaintiff was entitled to compensatory damages, please skip Question 9 and proceed to Question 10. If you instead found that Plaintiff was *not* entitled to compensatory damages, please proceed to Question 9, which concerns nominal damages of no more than $1.00, and then proceed to question 10.**

**QUESTION 9:**

What amount, if any, of nominal damages is Plaintiff entitled to as a result of the conduct of the Defendant(s) you have decided violated his rights under the Constitution and proximately caused injury to him?

$_____

| | | |
|---|---|---|
| Joseph St. Louis | YES \_\_\_ | NO \_\_\_ |
| Alan Gonyea | YES \_\_\_ | NO \_\_\_ |
| Edward Hoit | YES \_\_\_ | NO \_\_\_ |

**Proceed to Question 10.**

**QUESTION 10**:

Do you find that it is appropriate to award punitive damages against any of the Defendants with relation to the failure to intervene claim?

4

| | | |
|---|---|---|
| Joseph St. Louis | YES ___ | NO ___ |
| Alan Gonyea | YES ___ | NO ___ |
| Edward Hoit | YES ___ | NO ___ |

**YOUR DELIBERATIONS ARE COMPLETE. PLEASE INFORM THE MARSHAL THAT YOU HAVE REACHED A VERDICT. PLEASE REMEMBER TO HAVE THE FOREPERSON DATE AND SIGN YOUR VERDICT SHEET. THANK YOU.**

Dated: July _____, 2025

_____
          Foreperson's Signature

Dated:  Albany, New York
        July 7, 2025

                              LETITIA JAMES
                              New York State Attorney General
                              Attorney for Defendants
                              The Capitol
                              Albany, New York 12224

                              By: *s/ Amanda Kuryluk*
                              Amanda Kuryluk
                              Assistant Attorney General, of Counsel
                              Bar Roll No. 516864
                              Telephone: 518-776-2621
                              Fax: 518-915-7740 (Not for service of papers)
                              Email: Amanda.Kuryluk@ag.ny.gov

                              By: *s/ Olivia R. Cox*
                              Olivia R. Cox
                              Assistant Attorney General, of Counsel
                              Bar Roll No. 703982
                              Telephone: 518-776-2607
                              Fax: 518-915-7738 (Not for service of papers)
                              Email: Olivia.Cox@ag.ny.gov

To:     All Attorneys of Record via ECF

Case 9:22-cv-00339-AJB-TWD     Document 82     Filed 07/07/25     Page 6 of 6

To:     All Attorneys of Record via ECF