UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHAUNCEY GIRARD,

9:22-CV-0339

*Plaintiff,*

AJB/TWD

-against-

ST. LOUIS, et al,

*Defendants.*

## DEFENDANTS' PROPOSED SPECIAL INTERROGATORIES CONCERNING QUALIFIED IMMUNITY

Defendants submit these Proposed Special Interrogatories—each to be presented in "Yes/No" format—for the Jury's consideration so that the Court may rule, as a matter of law, whether Defendant is entitled to qualified immunity:

**1) Defendant Joseph St. Louis**

Did Defendant St. Louis prove by a preponderance of the evidence that:

1. When Defendant St. Louis first encountered Plaintiff in the bathroom on July 11, 2021 that he found Plaintiff on the floor with an injury to his right eye?

   Yes_____    No_____

2. When Defendant St. Louis first encountered Plaintiff in the bathroom, Plaintiff was by himself?

   Yes_____    No_____

3. Defendant St. Louis did not use any physical force against Plaintiff on July 11, 2021?

   Yes_____    No_____

**2) Alan Gonyea**

1

Did Alan Gonyea prove by a preponderance of the evidence that:

1. Plaintiff initially reported to Defendant Gonyea that he slipped and fell in the bathroom on July 11, 2021?

   Yes_____    No_____

2. Plaintiff reported to Defendant Gonyea during an interview that he slipped and fell in the bathroom on July 11, 2021?

   Yes_____    No_____

3. Defendant Gonyea did not use any physical force against Plaintiff on July 11, 2021?

   Yes_____    No_____

**3)  Edward Hoit**

Did Edward Hoit prove by a preponderance of the evidence that:

1. Defendant Hoit did not use any physical force against Plaintiff on July 11, 2021?

   Yes_____    No_____

2. Defendant Hoit was not in the K-2 dormitory or bathroom on July 11, 2021?

   Yes_____    No_____

2

Dated:  Albany, New York
        July 7, 2025

                                   LETITIA JAMES
                                   New York State Attorney General
                                   Attorney for Defendants
                                   The Capitol
                                   Albany, New York 12224

                                   By: _s/ Amanda Kuryluk_
                                   Amanda Kuryluk
                                   Assistant Attorney General, of Counsel
                                   Bar Roll No. 516864
                                   Telephone: 518-776-2621
                                   Fax: 518-915-7740 (Not for service of papers)
                                   Email: Amanda.Kuryluk@ag.ny.gov

                                 By: _s/ Olivia R. Cox_
                                   Olivia R. Cox
                                   Assistant Attorney General, of Counsel
                                   Bar Roll No. 703982
                                   Telephone: 518-776-2607
                                   Fax: 518-915-7738 (Not for service of papers)
                                   Email: Olivia.Cox@ag.ny.gov

To:     All Attorneys of Record via ECF