# Exhibit A

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------x
LORENZO WOOD,

                        Plaintiff,

vs.                                9:21-cv-107

CYNTHIA PROVOW,

                        Defendant.
-------------------------------------------x
```

**TRANSCRIPT OF
VIDEO FINAL PRETRIAL CONFERENCE
BEFORE THE HONORABLE ELIZABETH C. COOMBE
held on June 17, 2025**

APPEARANCES (by video)

For Plaintiff:

    SOLOMON LAW FIRM PLLC
    30 Great Oaks Blvd.
    Albany, NY 12203
    BY:  RONALD KIM, ESQ.
        KATHRYN LYNNE BARCROFT, ESQ.
        ARIEL E. SOLOMON, ESQ.

For Defendant:

    NYS OFFICE OF THE ATTORNEY GENERAL
    The Capitol
    Albany, NY 12224
    BY:  BRIAN W. MATULA, ESQ.
        OLIVIA R. COX, ESQ.

*Eileen McDonough, RPR, CRR
Official United States Court Reporter
P.O. Box 7367
Syracuse, New York 13261
(315)234-8546*

1  2011.
2       The next motion is defendant's motion to preclude
3  plaintiff from introducing evidence regarding
4  indemnification.  That motion is granted.  Except that the
5  Court reserves ruling on the admissibility of any such
6  evidence if the defendant opens the door.  Any decision to
7  try to introduce such evidence should be raised with the
8  Court outside the presence of the jury before any attempt to
9  introduce any such evidence.
10      The next motion is defendant's motion to preclude
11 plaintiff from suggesting a specific dollar amount for
12 non-economic damages award including pain and suffering and
13 punitive damages.  That motion is reserved.
14      After plaintiff has presented his evidence,
15 defendants may renew their request at trial.  This will allow
16 the Court to make a reasoned determination based on all the
17 evidence.  In the Second Circuit, this is a decision within
18 the discretion of the trial judge.  Trial judge, and I quote,
19 "may either prohibit counsel from mentioning specific figures
20 or impose reasonable limitations, including cautionary jury
21 instructions," end quote.  *Lightfoot versus Union Carbide*
22 *Corporation*, 110 F.ed 898, at 912, Second Circuit 1997.  In
23 addition, quote, "specifying target amounts for the jury to
24 award is disfavored."  *Consorti versus Armstrong World*
25 *Industries, Incorporated*, 72 F.3d 1003 and 1016, a Second