# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

July 16, 2025

**Via ECF**
Hon. Anthony J. Brindisi, U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

      Re:    *Girard v. St. Louis, et. al.*, Case No, 9:22-cv-0339

Your Honor:

My office represents Plaintiff Chauncey Girard and writes, with the consent of Defendants, to respectfully request that the attached Pre-Trial Letter Brief be accepted by the Court *nunc pro tunc*.

While preparing for the pre-trial conference, it came to my attention that the brief was inadvertently left out of Plaintiff's filings on July 7, 2025. After discovering this oversight, I immediately contacted AAG Olivia Cox, counsel for Defendants, to request her consent to request that the document be filed ahead of tomorrow's conference. Defendants have no objection to this request.

With sincere apologies to the Court for our oversight in failing to file this document last week with the remainder of our pretrial submissions, we respectfully request that it now be accepted and deemed timely *nunc pro tunc*.

We thank the Court for its time and consideration.

Sincerely,

Stephanie Panousieris
*Attorney for Plaintiff*