**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

CHAUNCEY GIRARD,

            Plaintiff,

      -v-                           9:22-CV-339 (AJB/TWD)

ST. LOUIS *et al.*,

            Defendants.

_____

**Hon. Anthony Brindisi, U.S. District Judge:**

**VERDICT FORM**



ORIGINAL

## EIGHTH AMENDMENT

1.  Do you find that plaintiff Chauncey Girard has proven, by a preponderance of the evidence, each element of his Eighth Amendment claim for excessive force against:

    Defendant Joseph St. Louis?    Yes___X___ No_____

    Defendant Edward Hoit?    Yes_____ No___X___

    If you answered YES for defendant Edward Hoit, proceed to Question 2. Otherwise, skip Question 2 and proceed to Question 3.

2.  Do you find that plaintiff Chauncey Girard has proven, by a preponderance of the evidence, each element of his Eighth Amendment claim for failure to intervene against:

    Defendant Alan Gonyea?    Yes_____ No___X___

## DAMAGES

### Actual Damages

3.  Complete this section ONLY IF you answered YES for one or more of the defendants in Question 1 and/or Question 2.

    State the amount of actual damages that plaintiff has proven, by a preponderance of the evidence, that he is entitled to recover:

    $___50,000___

    Proceed to Question 3 on the next page.

- 1 -

## Nominal Damages

4.   Complete this section ONLY IF you answered YES for one or more of the defendants in Question 1 and/or Question 2, but find that plaintiff has failed to prove, by a preponderance of the evidence, that he was entitled to actual damages. You MAY NOT award both actual and nominal damages.

Is plaintiff Chauncey Girard entitled to $1.00 in nominal damages?

Yes_____   No__X__

Proceed to Question 4.

## Punitive Damages

5.   Do you find that plaintiff Chauncey Girard is entitled to an award of punitive damages against:

Defendant Joseph St. Louis?   Yes__X__ No_____

Defendant Edward Hoit?   Yes_____ No__X__

Defendant Alan Gonyea?   Yes_____ No__X__

Proceed to the next page.

Please sign and date this verdict form and notify the Marshal that you have reached a verdict.

**YOUR VERDICT MUST BE UNANIMOUS.**
**ALL JURORS MUST SIGN.**

Dated:  July _30_ , 2025

