Page 1 of 2

## United States District Court
## For The Northern District Of New York Case

No. ___9:22-cv-00339-AJB_____

Date: July 28, 2025_____

Presiding Judge: Anthony J. Brindisi_____

☒ Plaintiff   Updated 7/25/2025          ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | 7/28 | 7/28 | | STIP'D GIRARD/JONES | Color Injury Photos (7) |
| P-2 | 7/28 | 7/28 | | " " " | Alice Hyde Medical Records |
| P-3 | 7/28 | 7/28 | | " " " | Albany Medical Records |
| P-4 | 7/28 | 7/28 | | JONES | DOCCS Ambulatory Excerpt |
| P-5 | 7/28 | 7/28 | | " " COPY FA GIRARD/JONES | Inmate Injury Report Dated 7/11/21 |
| P-6 | 7/28 | 7/28 | | " " GIRARD | Protective Custody Waiver |
| P-7 | 7/28 | 7/28 | | " " GIRARD | Grievance Dated 7/21/21 |
| P-8 | 7/28 | | STIP' AUTHENTICITY ONLY | " " | Letter to Governor Dated 3/27/22 |
| P-9 | 7/28 | 7/28 | | GONZGA GIRARD | Misbehavior Report Dated 7/11/21 |

NOT REC'D (margin note beside P-8)

Exhibits Returned To Counsel (Date):___7/30/2025___ Signature:___[signature]___

Page 2 of 2

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-10 | 7/28 | 7/28 | | STIP'D | St. Louis Memorandum |
| P-11 | 7/28 | 7/28 | | " " | Gonyea Memorandum |
| P-12 | 7/28 | 7/29 | STIP'D TO (also) AUTHENTICITY ONLY | GIRARD | Tier Hearing Transcript Excerpt |
| P-13 | 7/28 | 7/28 | | " " ST. LOUIS | K-2 Dorm Logbook Excerpt |
| P-14 | 7/28 | | STIP'D TO AUTHENTICITY ONLY | | St Louis Deposition Transcript (Identification only) |
| P-15 | 7/28 | | " " | | St. Louis Interrogatory Responses (Identification only) |
| P-16 | 7/28 | | " " | | Gonyea Deposition Transcript (Identification only) |
| P-17 | 7/28 | | " " | | Gonyea Interrogatory Responses (Identification only) |
| P-18 | 7/28 | | " | | Hoit Deposition Transcript (Identification only) |
| P-19 | 7/28 | | " " | | Hoit Interrogatory Responses (Identification only) |
| P-20 | 7/28 | | " " | | Medical Refusal Forms |
| P-21 | 7/28 | 7/28 | | " " | DOCCS Ambulatory Excerpt (2022) |

NOT REC'D

Exhibits Returned To Counsel (Date): 7/30/2025    Signature: _____

## U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: *Girard v. St. Louis, et al*
CASE NO.: 9:22-CV-0339
TRIAL DATE: July 28, 2025
PRESIDING JUDGE: Hon. Anthony J. Brindisi, U.S.D.J.

( ) PLAINTIFF    (X) DEFENDANTS    ( ) COURT

*(Last updated 7.24.25)*

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | 7/28 | | MARKED FOR I.D. ONLY | | Plaintiff's Amended Complaint filed September 1, 2022 (Identification Only) |
| D-2 (a)-(c) | 7/28 | | " " | | Plaintiff's Deposition Transcripts dated (a) March 29, 2024 at 10:49 a.m., (b) March 29, 2024 at 2:13 p.m., and (c) April 5, 2024 (Identification Only) |
| D-3 | 7/28 | 7/28 | | STIP'D | Unusual Incident Report for July 11, 2021 (Bates Nos. 000332-000334) |
| D-4 | 7/28 | 7/28 | | " " GONYEA | Misbehavior Report dated July 11, 2021 (Bates No. 000279) |
| D-5 | 7/28 | 7/28 | | " " GONYEA ST. LOUIS | K-2 Logbook from July 11, 2021 (Bates Nos. 000362-000364) |
| D-6 | 7/28 | 7/28 | | " " GONYEA | Memo from Sgt. A. Gonyea to Lt. L. Hollenbeck dated August 10, 2021 (Bates No. 000406) |
| D-7 | 7/28 | 7/28 | | " " GONYEA | Memo from Sgt. A. Gonyea to Lt. DuBrey dated July 11, 2021 (Bates No. 000345-000346) |
| D-8 | 7/28 | 7/28 | | " " ST LOUIS | Memo from C.O. J. St. Louis to Lt. Hollenbeck dated August 11, 2021 (Bates No. 000411) |
| D-9 | 7/28 | 7/28 | | " " HOIT | Memo from C.O. E. Hoit to Lt. Hollenbeck dated August 9, 2021 (Bates No. 000412) |
| D-10 | 7/28 | 7/28 | | " " GIRARD | Protective Custody Status Waiver dated July 11, 2021 (Bates No. 000360) |

NOT REC'D

Exhibits Returned to Counsel (Date): 7/30/2025

Signature: _____

| | | | | | |
|---|---|---|---|---|---|
| D-11 | 7/28 | 7/28 | | STIP Bowyer Holt | Inmate Escort Memo dated July 11, 2021 (Bates No. 000348) |
| D-12 | 7/28 | 7/28 | | " " JONES | Inmate Injury Report dated July 11, 2021 (Bates No. 000349) |
| D-13 | 7/28 | 7/28 | | " " ST. Louis | Memo from C.O. J. St. Louis to Sgt. A. Gonyea dated July 11, 2021 (Bates No. 000347) |
| D-14 | 7/28 | 7/28 | | " " | Plaintiff's Ambulatory Health Record from July 11, 2021 to August 2, 2021 (Bates Nos. 000047-000048) |
| D-15 | 7/28 | 7/28 | | " " GIRARD | Physician Documentation from Alice Hyde Medical Center dated July 11, 2021 (Bates Nos. GIRARD0175-0178) |
| D-16 | 7/28 | 7/28 | | " " GIRARD | Bhat/Roth Consultation Notes from Albany Medical Center dated July 12, 2021 (Bates Nos. GIRARD0183-0184) |
| D-17 | 7/28 | 7/28 | | " " | Landau Consultation Notes from Albany Medical Center dated July 12, 2021 (Bates Nos. GIRARD0162-0164) |
| D-18 | 7/28 | | STIP'D TO AUTH ONLY | | Plaintiff's Complaint in *Girard v. Hickey, et al*, NDNY # 9:15-CV-0187 (TJM/DJS), filed February 19, 2015 |
| D-19 | 7/28 | | Not offered Holt | | Plaintiff's Complaint in *Girard v. Gutwein, et al*, SDNY # 7:20-CV-5883 (CS), filed July 28, 2020 |
| D-20 | 7/28 | | " | | Plaintiff's Notice of Intention and Verified Claim in *Girard v. State of New York*, Claim No. 101321 |
| D-21 | 7/28 | | " " | | Plaintiff's Verified Claim in *Girard v. State of New York*, Claim No. 137962 |
| D-22 | 7/28 | | " " | | Hearing Disposition Rendered dated July 17, 2021 (Bates No. 000274) |
| D-23 | 7/28 | 7/28 | | " " ST.LOUIS | Photographs of K-2 Dorm at Franklin Correctional Facility, taken July 9, 2025 |
| D-24 | 7/28 | 7/28 | | " " | Photographs of Infirmary at Franklin Correctional Facility, taken July 9, 2025 |
| D-25 | 7/28 | | STIP'D TO AUTH ONLY | | Transcript of Plaintiff's Tier II Hearing that took place on July 17, 2021, at Franklin Correctional Facility (Bates Nos. 000292-000305) |
| D-26 | 7/28 | | " | GIRARD | DOCCS Request and Report of Consultation dated July 20, 2021 (Bates No. 000181) |
| D-27 | 7/28 | 7/29 | " " | GIRARD | Discharge Instructions from Albany Medical Center dated July 20, 2021 (Bates No. 000182) |

Not Rec'd { (D-18 through D-22)

Not Rec'd { (D-25, D-26)

Exhibits Returned to Counsel (Date): 7/30/2025

Signature: _____