

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

Writer Direct: (518) 776-2607

August 15, 2025

Hon. Anthony J. Brindisi
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, NY 13501

RE:   *Girard v. St. Louis, et al.*, 22-cv-0339

Dear Judge Brindisi:

      This office represents Defendant St. Louis in the above-captioned matter. Defendant writes pursuant to the Court's July 30, 2025 Order, Text Minute Entry dated July 30, 2025, to report on the status of settlement, and to respectfully request the Court schedule this matter for an in-person settlement conference prior to the punitive damages inquest scheduled for August 25, 2025. Defendant has sufficient authority to settle this matter and believes that a settlement conference where all parties appear in person is the most effective way to resolve this litigation. The parties were unsuccessful in their attempts to negotiate settlement without Court intervention.

      If the Court's schedule does not permit scheduling the conference prior to the hearing date, Defendant respectfully requests the damages hearing be held in abeyance until after a settlement conference occurs.

      I thank the Court for its consideration.

Respectfully submitted,

_____
Olivia R. Cox
Assistant Attorney General
Bar Roll No. 703982
(518) 776-2607
Olivia.Cox@ag.ny.gov

To:   All Attorneys of Record (via CM/ECF)